## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of BJ's Wholesale Clubs, Inc. to pay me overtime wages as required under state and/or federal law and also authorizing the filing of this consent in the action(s) challenging such conduct. I authorize the representative plaintiffs and designate them representatives as my agents to make decision on my behalf concerning the litigation, the method of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matter pertaining to this lawsuit, and I also hereby designate Plaintiff's counsel, Klafter Olsen & Lesser LLP to represent me in the suit.

_Edwin Garcia_
Signed Name

_3/15/10_
Date

EDWIN   GARCIA
Printed Name

REDACTED

Street Address

REDACTED

City, State, Zip Code

REDACTED

Phone Number